**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Jeffrey P. Colwell
*Clerk*

Phone: (303) 844-3433

Date: 3/24/2016

☒ Pro Se  ☐ Retained  ☐ CJA  ☐ FPD  ☐ USA or other Federal Agency (Appeal Fee Exempt)

Case No: 15-cv-02153-CMA

☐ Amended Notice of Appeal
☐ Other pending appeals
☐ Transferred Successive §2254 or §2255

Date Filed: 03/23/2016

Appellant: Andrew W. MacDonald

Pro Se Appellant:
☐ IFP forms mailed/given    ☐ Motion IFP pending    ☒ Appeal fee paid
                              ☐ IFP denied             ☐ Appeal fee not paid

Retained Counsel:
☐ Appeal fee paid    ☐ Appeal fee not paid    ☐ Motion IFP filed

The Preliminary Record on Appeal is hereby transmitted to the Tenth Circuit Court of Appeals. Please refer to the forms, procedures, and requirements for ordering transcripts, preparing docketing statements and briefs, and designations of the record that are found on the Tenth Circuit's website, www.ca10.uscourts.gov.

If not already completed, either an appeal fee payment for filing this case or filing of a motion to proceed *in forma pauperis* will be made to this District Court.

The transcript order form must be filed in the District Court as well as the Court of Appeals within 14 days after the notice of appeal was filed with the District Court.

If you have questions, please contact this office.

Sincerely,

JEFFREY P. COLWELL, CLERK

by:  s/A. Thomas
     Deputy Clerk

cc:   Clerk of the Court, Tenth Circuit Court of Appeals

Rev. 10/2/2014

APPEAL,MJ CIV PP,TERMED

# U.S. District Court
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:15−cv−02153−CMA

| | |
|---|---|
| United States of America v. MacDonald et al | Date Filed: 09/29/2015 |
| Assigned to: Judge Christine M. Arguello | Date Terminated: 01/29/2016 |
| Demand: $253,000 | Jury Demand: None |
| Cause: 26:7403 Suit to Enforce Federal Tax Lien | Nature of Suit: 870 Taxes |
| | Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

**United States of America**       represented by **Jennifer Yu Golden**
U.S. Department of Justice−DC−#683
P.O. Box 683
Tax Division
Ben Franklin Station
Washington, DC 20044−0683
202−307−6547
Fax: 202−307−0054
Email: jennifer.y.golden@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Andrew W. MacDonald**       represented by **Andrew W. MacDonald**
Main Street−306
#446
Canon City, CO 81212
PRO SE

**Defendant**

**Sandra L. Shoemaker**

**Defendant**

**Hope Alliance**

**Defendant**

**Peace Awareness Fellowship**

**Defendant**

**State of Colorado**

**Defendant**

**Fremont County, Colorado**       represented by **Brenda L. Jackson**
*TERMINATED: 11/30/2015*       Fremont County Government
615 Macon Avenue
Suite 211
Canon City, CO 81212
719−276−7499
Fax: 719−276−7497
Email: brenda.jackson@fremontco.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 09/29/2015 | 1 | COMPLAINT against Fremont County, Colorado, Hope Alliance, Andrew W. MacDonald, Peace Awareness Fellowship, Sandra L. Shoemaker, State of Colorado Attorney Jennifer Yu Golden added to party United States of America(pty:pla), filed by United States of America. (Attachments: #1 Summons for Andrew W. MacDonald, #2 Summons for Sandra L. Shoemaker, #3 Summons for Hope Alliance, #4 Summons for Peace Awareness Fellowship, #5 Summons for State of Colorado, #6 Summons for Fremont County, Colorado, #7 Civil Cover Sheet)(Golden, Jennifer) (Entered: 09/29/2015) |
| 09/29/2015 | 2 | Case assigned to Magistrate Judge Michael J. Watanabe. Text Only Entry. (jgonz, ) (Entered: 09/30/2015) |
| 09/30/2015 | 3 | SUMMONS issued by Clerk. Magistrate Judge Consent Form issued pursuant to Magistrate Judge Pilot Project to Assign Civil Cases to Full Time Magistrate Judges. (Attachments: #1 Summons, #2 Summons, #3 Summons, #4 Summons, #5 Summons, #6 Magistrate Judge Consent Form) (jgonz, ) (Entered: 09/30/2015) |
| 09/30/2015 | 4 | ORDER SETTING SCHEDULING/PLANNING CONFERENCE AND SETTING DEADLINE FOR FILING OF PILOT PROGRAM CONSENT FORM On or before **11/24/2015**, parties shall complete and file the Pilot Program Consent Form 3 . Consent Form due by 11/24/2015. Scheduling Conference set for 12/8/2015 01:30 PM in Courtroom A 502 before Magistrate Judge Michael J. Watanabe. By Magistrate Judge Michael J. Watanabe on 9/30/2015. (emill) (Entered: 09/30/2015) |
| 10/08/2015 | 5 | SUMMONS Returned Executed by United States of America. Andrew W. MacDonald served on 10/2/2015, answer due 10/23/2015. (Golden, Jennifer) (Entered: 10/08/2015) |
| 10/08/2015 | 6 | SUMMONS Returned Executed by United States of America. Sandra L. Shoemaker served on 10/2/2015, answer due 10/23/2015. (Golden, Jennifer) (Entered: 10/08/2015) |
| 10/08/2015 | 7 | SUMMONS Returned Executed by United States of America. Hope Alliance served on 10/2/2015, answer due 10/23/2015. (Golden, Jennifer) (Entered: 10/08/2015) |
| 10/08/2015 | 8 | SUMMONS Returned Executed by United States of America. Peace Awareness Fellowship served on 10/2/2015, answer due 10/23/2015. (Golden, Jennifer) (Entered: 10/08/2015) |
| 10/08/2015 | 9 | SUMMONS Returned Executed by United States of America. State of Colorado served on 10/2/2015, answer due 10/23/2015. (Golden, Jennifer) (Entered: 10/08/2015) |
| 10/08/2015 | 10 | SUMMONS Returned Executed by United States of America. Fremont County, Colorado served on 10/5/2015, answer due 10/26/2015. (Golden, Jennifer) (Entered: 10/08/2015) |
| 10/08/2015 | 11 | *Disclaimer of Fremont County* ANSWER to 1 Complaint,, Attorney Brenda L. Jackson added to party Fremont County, Colorado(pty:dft) by Fremont County, Colorado.(Jackson, Brenda) (Entered: 10/08/2015) |
| 11/05/2015 | 12 | MOTION for Entry of Default as to *Andrew W. MacDonald, Sandra L. Shoemaker, Hope Alliance, and Peace Awareness Fellowship* by Plaintiff United States of America. (Attachments: #1 Exhibit 1 – Declaration of Jennifer Y. Golden, #2 Exhibit 2 – Hope Alliance Articles of Incorporation, #3 Exhibit 3 – Peace Awareness Fellowship Articles of Incorporation, #4 Exhibit 4 – DOD Report for Andrew MacDonald, #5 Exhibit 5 – DOD Report for Sandra Shoemaker, #6 Exhibit 6 – MacDonald Letter and Mailing Envelope, #7 Exhibit 7 – MacDonald Internet Archive Page, #8 Exhibit 8 – Declaration of Status of Andrew MacDonald, #9 Exhibit 9 – Hope Alliance Certificate of Dissolution, #10 Exhibit 10 – Peace Awareness Fellowship Certificate of Dissolution)(Golden, Jennifer) (Entered: 11/05/2015) |
| 11/06/2015 | 13 | Clerk's ENTRY OF DEFAULT as to Hope Alliance, Andrew W. MacDonald, Peace Awareness Fellowship, Sandra L. Shoemaker, by Clerk. Text Only Entry (slibi, ) (Entered: 11/06/2015) |

| | | |
|---|---|---|
| 11/06/2015 | 14 | MINUTE ORDER REASSIGNING CASE to an Article III Judge, by Magistrate Judge Michael J. Watanabe on 11/06/2015. (slibi, ) (Entered: 11/06/2015) |
| 11/06/2015 | 15 | CASE REASSIGNED pursuant to 14 Minute Order. Consent not achieved. This case is reassigned to Judge Christine M. Arguello. All future pleadings should be designated as 15–cv–02153–CMA. (Text Only Entry) (slibi, ) (Entered: 11/06/2015) |
| 11/12/2015 | 16 | STIPULATION *Regarding Lien Priority between the United States and the State of Colorado* by Plaintiff United States of America. (Golden, Jennifer) (Entered: 11/12/2015) |
| 11/19/2015 | 17 | MOTION to Vacate *and Reset Scheduling/Planning Conference* by Plaintiff United States of America. (Attachments: # 1 Proposed Order (PDF Only))(Golden, Jennifer) (Entered: 11/19/2015) |
| 11/24/2015 | 18 | CONSENT to Jurisdiction of Magistrate Judge by Plaintiff United States of America Consent not achieved by parties.. (Golden, Jennifer) (Entered: 11/24/2015) |
| 11/24/2015 | 19 | ORDER. Upon review of the United States' Motion to Vacate and Reset Scheduling/Planning Conference, and for good cause shown, the United States' motion 17 is GRANTED. The Scheduling/Planning Conference on December 8, 2015, is VACATED. The parties are DIRECTED to submit a status report on or before January 22, 2016. SO ORDERED BY Judge Christine M. Arguello on 11/24/2015. Text Only Entry. (cmalc3) (Entered: 11/24/2015) |
| 11/24/2015 | 22 | Utility Setting/Resetting Deadlines/Hearings: Status Report due by 1/22/2016. Pursuant to the Order of 11/24/15. Text Only Entry (jhawk, ) (Entered: 12/01/2015) |
| 11/25/2015 | 20 | Unopposed MOTION to Dismiss Party by Plaintiff United States of America. (Attachments: # 1 Proposed Order (PDF Only))(Golden, Jennifer) (Entered: 11/25/2015) |
| 11/30/2015 | 21 | ORDER granting 20 Motion to Dismiss Fremont County, Colorado. ORDERED that each party shall pay its own costs, attorney's fees, and expenses. ORDERED that the caption on all subsequent filings shall reflect the removal of Freemont County, Colorado as a Defendant in this. Signed by Judge Christine M. Arguello on 11/30/15.(jhawk, ) (Entered: 12/01/2015) |
| 12/08/2015 | 23 | PETITION for Abatement by Defendant Andrew W. MacDonald. (athom, ) (Additional attachment(s) added on 12/8/2015: # 1 Envelope) (athom, ). Modified on 12/8/2015 to add envelope (athom, ). (Entered: 12/08/2015) |
| 12/08/2015 | 24 | PETITION for Abatement by Defendant Sandra L. Shoemaker (Attachments: # 1 Envelope) (athom, ) (Entered: 12/08/2015) |
| 12/14/2015 | 25 | MOTION for Default Judgment as to *Andrew W. MacDonald, Sandra L. Shoemaker, Hope Alliance, and Peace Awareness Fellowship* by Plaintiff United States of America. (Attachments: # 1 Proposed Order (PDF Only), # 2 Return of Service for Andrew MacDonald, # 3 Return of Service for Sandra Shoemaker, # 4 Return of Service for Hope Alliance, # 5 Return of Service for Peace Awareness Fellowship, # 6 Declaration of Roseanne M. Miller and Accompanying Documents, # 7 Declaration of Jennifer Y. Golden and Accompanying Documents (part 1 of 3: Declaration and Exhibits A to C thereto), # 8 Declaration of Jennifer Y. Golden and Accompanying Documents (part 2 of 3: Exhibits D to H to Declaration), # 9 Declaration of Jennifer Y. Golden and Accompanying Documents (part 3 of 3: Exhibits I to M to Declaration))(Golden, Jennifer) (Entered: 12/14/2015) |
| 01/07/2016 | 26 | Prayer for Relief/Immediate Abatement by Defendant Peace Awareness Fellowship. (athom, ) (Entered: 01/07/2016) |
| 01/07/2016 | 27 | Prayer for Relief/Immediate Abatement by Defendant Hope Alliance. (Attachments: # 1 Envelope)(athom, ) (Entered: 01/07/2016) |
| 01/20/2016 | 28 | STATUS REPORT by Plaintiff United States of America. (Golden, Jennifer) (Entered: 01/20/2016) |

| | | |
|---|---|---|
| 01/29/2016 | 29 | ORDER AND JUDGMENT in favor of United States of America against Hope Alliance, Peace Awareness Fellowship, State of Colorado, Andrew W. MacDonald, and Sandra L. Shoemaker re: 25 Plaintiff's Motion for Default Judgment, by Judge Christine M. Arguello on 1/29/2016. (vbarn ) (Entered: 01/29/2016) |
| 02/23/2016 | 30 | MOTION to Clarify re 29 Judgment, by Plaintiff United States of America. (Attachments: # 1 Proposed Order (PDF Only))(Golden, Jennifer) (Entered: 02/23/2016) |
| 02/23/2016 | 31 | MOTION for Order of Sale by Plaintiff United States of America. (Attachments: # 1 Exhibit 1 – Proposed Order of Sale)(Golden, Jennifer) (Entered: 02/23/2016) |
| 02/23/2016 | 32 | LETTER by Defendant Andrew W. MacDonald. (athom, ) (Entered: 02/23/2016) |
| 02/23/2016 | 33 | NOTICE of Claim and Demand re 1 Complaint, 29 Order and Judgment, by Defendant Andrew W. MacDonald (Attachments: # 1 Envelope) (athom, ) Modified on 2/24/2016 to add corrected page of document per Chambers instructions (athom, ). (Entered: 02/23/2016) |
| 02/24/2016 | 34 | LETTER by Defendant Andrew W. MacDonald. (Attachments: # 1 Documents, # 2 Envelope) (athom, ) (Entered: 02/24/2016) |
| 02/26/2016 | 35 | ORDER granting 30 Motion to Clarify Final Judgment, by Judge Christine M. Arguello on 2/26/2016.(vbarn) (Entered: 02/26/2016) |
| 02/26/2016 | 36 | AMENDED FINAL DEFAULT JUDGMENT in favor of United States of America and against Hope Alliance, Peace Awareness Fellowship, Andrew W. MacDonald, and Sandra L. Shoemaker, by Clerk on 2/26/2016. (vbarn) (Entered: 02/26/2016) |
| 02/26/2016 | 37 | ORDER granting 31 Motion for Order of Sale, by Judge Christine M. Arguello on 2/26/2016.(vbarn) (Entered: 02/26/2016) |
| 02/29/2016 | 38 | NOTICE of Notice of Claim and Demand by Defendant Andrew W. MacDonald. (athom, ) (Entered: 02/29/2016) |
| 03/04/2016 | 39 | Second NOTICE and Demand by Defendant Andrew W. MacDonald (Attachments: # 1 Envelope) (athom, ) (Entered: 03/04/2016) |
| 03/07/2016 | 40 | Proposed Bill of Costs by Plaintiff United States of America. (Attachments: # 1 Declaration of Jennifer Y. Golden in Verification of Bill of Costs, # 2 Exhibit A – Invoices for Service of Process)(Golden, Jennifer) (Entered: 03/07/2016) |
| 03/07/2016 | 41 | NOTICE of Claim and Demand by Defendant Andrew W. MacDonald (Attachments: # 1 Envelope) (athom, ) (Entered: 03/07/2016) |
| 03/23/2016 | 42 | NOTICE OF APPEAL as to 36 Amended Final Default Judgment, 29 Order and Judgment, by Defendant Andrew W. MacDonald. (athom, ) (Entered: 03/24/2016) |
| 03/23/2016 | 43 | USCA Appeal Fees received $ 505, receipt number 73674; Full Payment re 42 Notice of Appeal filed by Andrew W. MacDonald. (athom, ) (Entered: 03/24/2016) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 1:15-cv-02153-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDREW W. MACDONALD,
SANDRA L. SHOEMAKER,
HOPE ALLIANCE,
PEACE AWARENESS FELLOWSHIP, and
STATE OF COLORADO,

Defendants.

**ORDER GRANTING UNITED STATES' MOTION FOR DEFAULT JUDGMENT AND FINAL JUDGMENT**

This matter is before the Court on the United States of America's Motion for Default Judgment Against Andrew W. Macdonald, Sandra L. Shoemaker, Hope Alliance, and Peace Awareness Fellowship.  (Doc. # 25.)

On November 5, 2015, the United States moved for entry of default against Andrew W. Macdonald, Sandra L. Shoemaker, Hope Alliance, and Peace Awareness Fellowship ("Defendants").  (Doc. # 12.)  The Clerk of the Court thereafter entered default against Defendants.  (Doc. # 13.)

In accordance with Fed. R. Civ. P. 55(a) and (b), the United States moved for default judgment against Defendants on December 14, 2015.  Defendants filed two self-styled prayers for relief in apparent response to the motion for default judgment.  (Doc. ## 26, 27.)  The responses assert typical tax protester "arguments" that nonsensically

blend religious and quasi-legal rhetoric in an effort to collaterally attack the jurisdiction of this Court.  (Doc. # 26 at 2) ("It is **mandatory** - - **no** discretion - - that any proceeding involving YHVH's Peace Awareness Fellowship, Peace Awareness Fellowship agent, **Peace Awareness Fellowship**, or ministry things be **heard only before YHVH's kingdom ekklesiastical equity court** using the due process found in: Matthew 18:15-20.) (emphasis in original).  Defendants' responses fail to articulate a meaningful defense to the motion for default judgment and raise no cognizable legal arguments.

Upon consideration of the United States' Motion for Default Judgment Against Andrew W. Macdonald, Sandra L. Shoemaker, Hope Alliance, and Peace Awareness Fellowship (Doc. # 25); Defendants' having failed to meaningfully plead or otherwise defend in this action; the Clerk having entered default on November 6, 2015; and counsel for the United States having filed a proper motion and declarations requesting judgment in accordance with Fed. R. Civ. P. 55(a) and (b), the United States' Motion (Doc. # 25) is hereby GRANTED.

Final judgment is hereby entered in favor of the United States and against Andrew W. Macdonald, Sandra L. Shoemaker, Hope Alliance, and Peace Awareness Fellowship as follows:

1. For federal income tax liabilities for the years 2008 and 2009 and unpaid civil penalty liabilities for the year 2007, Andrew W. MacDonald shall pay to the United States $ 76,218.57 plus interest and other statutory additions as provided by law until the judgment is satisfied.

2. For federal income tax liabilities for the years 2003-2004 and 2006-2009 and unpaid civil penalty liabilities for the years 2000-2001 and 2007-2008, Sandra L. Shoemaker shall pay to the United States $ 179,134.60 plus interest and other statutory additions as provided by law until the judgment is satisfied.

3. Hope Alliance holds title to the Barium Avenue Property (located at 603 Barium Avenue, Canon City, Colorado 81212) as a nominee of Sandra L. Shoemaker,

        such that Hope Alliance has no independent interest in the property or sale proceeds therefrom.

4. Peace Awareness Fellowship holds title to the Wiest Hill Property (located at 695 Wiest Hill Trail, Canon City, Colorado 81212) as a nominee of Sandra L. Shoemaker, such that Peace Awareness Fellowship has no independent interest in the property or sale proceeds therefrom.

5. The United States has valid and subsisting federal tax liens on all property and rights to property of Andrew W. Macdonald and Sandra L. Shoemaker, including the Barium Avenue and Wiest Hill properties.

6. The United States' federal tax liens on the Barium Avenue and Wiest Hill properties are foreclosed, and such properties shall be sold under 26 U.S.C. § 7403 and 28 U.S.C. § 2001, with the United States receiving first priority in the distribution of proceeds after costs of sale.

7. The United States shall be awarded its costs for prosecuting this action.

DATED:  January 29, 2016

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-02153-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ANDREW W. MACDONALD,
SANDRA L. SHOEMAKER,
HOPE ALLIANCE,
PEACE AWARENESS FELLOWSHIP, and
STATE OF COLORADO,

      Defendants.
_____

**AMENDED FINAL DEFAULT JUDGMENT**
_____

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Amended Final Default Judgment is hereby entered.

Pursuant to the Order Granting United States' Motion for Default Judgment and Final Judgment of Judge Christine M. Arguello entered on January 29, 2016, and Order Granting United States' Motion to Clarify Final Judgment of Judge Christine M. Arguello entered on February 26, 2016, it is

ORDERED Final Default Judgment is hereby entered in favor of the United States and against Andrew W. MacDonald, Sandra L. Shoemaker, Hope Alliance, and Peace Awareness Fellowship as follows:

1. For federal income tax liabilities for the years 2008 and 2009 and unpaid civil penalty liabilities for the year 2007, Andrew W. MacDonald shall pay to the United States $76,218.57 plus interest and other statutory additions as provided by law until the judgment is satisfied.

2. For federal income tax liabilities for the years 2003-2004 and 2006-2009 and unpaid civil penalty liabilities for the years 2000-2001 and 2007-2008, Sandra L. Shoemaker shall pay to the United States $179,134.60 plus interest and other statutory additions as provided by law until the judgment is satisfied.

3. Hope Alliance holds title to the Barium Avenue Property (located at 603 Barium Avenue, Canon City, Colorado 81212) as a nominee of Andrew W. MacDonald and Sandra L. Shoemaker such that Hope Alliance has no independent interest in the property or sale proceeds therefrom.

4. Peace Awareness Fellowship holds title to the Wiest Hill Property (located at 695 Wiest Hill Trail, Canon City, Colorado 81212) as a nominee of Sandra L. Shoemaker, such that Peace Awareness Fellowship has no independent interest in the property or sale proceeds therefrom.

5. The United States has valid and subsisting federal tax liens on all property and rights to property of Andrew W. MacDonald and Sandra L. Shoemaker, including the Barium Avenue and Wiest Hill properties.

6. The United States' federal tax liens on the Barium Avenue and Wiest Hill properties are foreclosed, and such properties shall be sold under 26 U.S.C. § 7403 and 28 U.S.C. § 2001, with the United States receiving first priority in the distribution of proceeds after costs of sale.

7. The United States shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED: February 26, 2016

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/ V. Barnes
                    V. Barnes
                    Deputy Clerk

```
                                                    FILED
                                              U.S. DISTRICT COURT
                                              DISTRICT OF COLORADO
```

## UNITED STATES DISTRICT COURT
### For The
### DISTRICT OF COLORADO

2016 MAR 23 AM 10: 11

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 15-cv-02153-CMA |
| v. ) | |
| ) | |
| ANDREW W. MACDONALD | |
| SANDRA LYNNE SHOEMAKER ) | |
| PEACE AWARENESS FELLOWSHIP ) | |
| HOPE ALLIANCE ) | |
| ) | |
| Defendants, ) | |
| ) | |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 23  2016

JEFFREY P. COLWELL
CLERK

---

### NOTICE OF APPEAL

---

Notice is hereby given that, Andrew William Macdonald and Sandra Lynne Ray-Shoemaker, listed as defendants in the above named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from Final Judgment entered in this action on the 29th day of January, 2016 and Amended Final Judgment entered in this action on the 26th day of February, 2016 in the above captioned proceeding.

Dated: March 23, 2016

Respectfully Submitted,

/s/ Andrew Macdonald

Andrew William Macdonald
under coverture for Sandra Lynne Ray-Shoemaker
306 Main Street #446
Canon City, Colorado 81212
719-285-3837

1

```
DUPLICATE

Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX073674
Cashier ID: jgg
Transaction Date: 03/23/2016
Payer Name: ANDREW MACDONALD
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: ANDREW MACDONALD
 Amount:        $505.00
----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 23662707906
 Amt Tendered: $505.00
----------------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00


A fee of $53.00 will be assessed on
any returned check.
```

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                                                                       Chris Wolpert
Clerk of Court                          March 24, 2016                                    Chief Deputy Clerk

Andrew W. MacDonald
Main Street - 306 #446
Canon City, CO 81212

**RE:**     **16-1090, United States v. MacDonald, et al**
            Dist/Ag docket: 1:15-CV-02153-CMA

Dear Appellant:

The court has received and docketed your appeal. Please note your case number above.

Attorneys for parties must complete and file an entry of appearance form within 14 days from the date of this letter. Pro se parties must complete and file the form within 30 days from the date of this letter. *See* 10th Cir. R. 46.1. Appellant's failure to enter an appearance may cause the appeal to be dismissed. An appellee who fails to enter an appearance may not receive notice or service of orders. If an appellee does not wish to participate in the appeal, a notice of non-participation should be filed via the court's Electronic Case Filing (ECF) system as soon as possible. The notice should also indicate whether counsel wishes to continue receiving notice or service of orders issued in the case.

The court will forward all forms, letters and orders to you via US Mail. If you wish to change the method of service from US Mail to email, you must make that request in writing and provide this office a valid email address. Requests to change the method of service must come via regular US Mail and may not be emailed. Please note that by providing the court with a valid email address you consent to receive all orders/letters issued by the court via "notices of docket activity" (NDAs). Paper copies will not be mailed to you. When you receive an email "NDA" a link to the order/letter that has been issued will appear in the notice; you are entitled to one free "look" at the document and should download it at that time. The document will appear as a PDF so you must have the ability to view PDFs. Finally, if your email address changes you must notify the court immediately. It is your responsibility to maintain your email address.

You will receive further instructions regarding prosecution of this appeal from the court within the next few weeks.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

EAS/dd