FILED
United States Court of Appeals
Tenth Circuit

September 8, 2016

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## TENGTH CIRCUIT

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

ANDREW W. MACDONALD;
SANDRA L. SHOEMAKER,

        Defendants - Appellants,

   and

HOPE ALLIANCE; PEACE
AWARENESS FELLOWSHIP;
STATE OF COLORADO,

        Defendants.

No. 16-1090
(D.C. No. 1:15-CV-02153-CMA)
(D. Colo.)

_____

### ORDER AND JUDGMENT[*]

_____

Before **KELLY**, **McKAY**, and **MORITZ**, Circuit Judges.

_____

Appellants appeal the district court's entry of a default judgment against

_____

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel.  It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.  After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal.  *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

them in this federal tax case.  Appellants were served with the summons and

complaint on October 2, 2015, but they did not appear or file a responsive

pleading in the district court.  Accordingly, on November 5, 2015, the United

States moved for entry of default against Appellant.  The clerk of the court

entered default on November 6.

On December 8, 2015—well outside of the twenty-one-day period for them

to file a responsive pleading under Rule 12(a)(1)(A) of the Federal Rules of Civil

Procedure—Appellants each filed a document entitled "petition for abatement" in

which they argued that they were "*de jure* private citizen[s] privately dwelling

within the nation Colorado (republic)" and thus were not subject to the authority

of the United States.  (R. at 186, 191.)  The district court concluded that

Appellants had asserted only frivolous tax protester arguments and failed to

articulate a meaningful defense to the motion for default judgment.  The court

therefore entered final judgment in favor of the United States.

On appeal, Appellants raise a hodgepodge of different

arguments—challenges to the authority of the I.R.S., the government attorneys

involved in this case, and the district court; attacks on the court's jurisdiction;

arguments regarding the legality of the tax code and the validity of a tax

assessment certified by an administrative technician; a contention that Appellants

were unable to personally verify the district judge's credentials or have a literal

"day in court" because at least one appellant "do[es] not possess a United States

*de facto* government identification" and therefore was not allowed to enter past the security counter at the courthouse (Br. at 4); and so forth.  Most of these arguments were not raised below, and none of them has any legal merit.

The district court's judgment is therefore **AFFIRMED**.


ENTERED FOR THE COURT


Monroe G. McKay
Circuit Judge

**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                      Chris Wolpert
Clerk of Court            September 08, 2016            Chief Deputy Clerk

Mr. Andrew W. Macdonald
Ms. Sandra L. Shoemaker
306 Main Street, Unit 446
Canon City, CO 81212

**RE:**     **16-1090, United States v. MacDonald, et al**
            Dist/Ag docket: 1:15-CV-02153-CMA

Dear Appellants:

Enclosed is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker

Elisabeth A. Shumaker
Clerk of the Court

cc:     Ivan Clay Dale
        Jennifer Yu Golden
        Bridget Maria Rowan

EAS/kf